No. 328, Misc. PYLE *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied. 

No. 333, Misc. TALBOT *v.* CITY OF PASADENA ET AL. C. A. 9th Cir. Certiorari denied. 

No. 336, Misc. GAWRON *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

*Rehearing Denied.*

No. 44. FRAZIER *v.* UNITED STATES, 335 U. S. 497. Rehearing denied.

No. 171, Misc. KISSINGER *v.* UNITED STATES, 335 U. S. 901. Rehearing denied.

No. 272, Misc. JACKSON *v.* GEORGIA, 335 U. S. 905. Rehearing denied.

No. 274, Misc. HOUGHTON *v.* HUDSPETH, WARDEN, 335 U. S. 905. Rehearing denied.